UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:08CR12** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **WALTER MOORMAN, JR.** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the Bill of Indictment herein without prejudice.

For the reasons stated in the motion and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the indictment in this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to transmit this Order electronically to defense counsel, the United States Attorney, the United States Probation Office, and the United States Marshal's Service.

Signed: March 5, 2008

Lacy H. Thornburg
United States District Judge